UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              )
                                                    )
    MANUEL BERRIOS, III,              )         Case No.  6:18-bk-05710-CCJ
                                                    )
                                                    )
_____Debtors._____)

**TRUSTEE'S MOTION TO COMPEL DEBTOR(S) TO TURNOVER**
**TAX DOCUMENTS OR TO FILE INCOME TAX RETURN**

    The trustee, Emerson C. Noble, hereby moves this Honorable Court, pursuant to 11 U.S.C. §§521(4) and 542(a), to compel the Debtor, Manuel Berrios, III, to turnover property of the estate, and in support thereof states as follows:

    1.  Emerson C. Noble ("Trustee") is the duly appointed, qualified and acting Trustee of the above styled bankruptcy estate.

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

    Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date set forth on the attached proof of service plus an additional three (3) days for service if any party was served by U.S. mail.

    If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on Emerson C. Noble, Trustee, Post Office Box 622798, Oviedo, Florida 32762-2798, and any other appropriate persons within the time allowed. If you file and serve an response within the time permitted, the Court will either schedule and notify you of a hearings, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

2. The Debtor's Chapter 7 bankruptcy petition was filed on September 18, 2018. The Debtor did not list or claim as exempt any tax refund due from his 2018 income tax return.

3. Any income tax refund due the Debtors is property of the bankruptcy estate pursuant to 11 U.S.C. §541. See, e.g., U.S. v. Randall, 401 U.S. 513 (1973). The refund is property of the estate even if it is received post-petiton to the extent that it is based upon pre-petition wages, In Re Truax, 104 B.R. 471 (Bkrtcy. M.D. Fla. 1989), and it is not otherwise exempt under Florida's wage exemption statute, In Re Lancaster, 161 B.R. 308 (Bkrtcy. S.D. Fla. 1993).

4. The Debtor has refused to provide the trustee with a copy of his 2018 income tax return.

5. The trustee believes that when filed, the tax return may generate a significant refund which would be property of the bankruptcy estate.

6. Based on prior year returns, the debtor's tax return appears basic in nature and does not require sophistication to complete.

7. The Trustee is of the belief that this Court's Order will be necessary in order to compel the Debtor to prepare and file his 2018 tax return or to turnover the documents to the trustee that would allow the trustee to prepare the necessary tax return.

WHEREFORE, the trustee moves this Honorable Court enter its Order Granting the Trustee's Motion to Compel Debtor, Manuel Berrios III, to prepare or have prepared his 2018 tax return or to Turnover the documents necessary for the preparation of the tax return to the trustee so the trustee can cause the returns to be prepared and for such other and further relief as the Court may deem just and proper

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either electronic service or by first-class United States Mail, postage prepaid, this 16th day of April, 2019 to: Manuel Berrios, III,  11213 Green Heron Court, Orlando, FL 32825; Wayne

Spivak, Esq,. Justin Clark & Assoiciates, PLLC, 500 Winderley Place, #100, Maitland, FL 32751; and the United States Trustee's Office, 400 West Washington Street., Suite 1100, Orlando, Florida 32801.

      Dated:  April 16, 2019.

      /s/ Emerson C. Noble
      Emerson C. Noble, Trustee
      Post Office Box 622798
      Oviedo, Florida 32762-2798
      Phone: (407) 628-9300
      Facsimile (407) 647-6452